LOUIS S. JENKINS v. STATE OF MISSISSIPPI.

[50 South. 495.]

CRIMINAL LAW AND PROCEDURE. *Lotteries. Raffles. Code 1906, § 1286. Venue.*

Under Code 1906, § 1286, making it a crime to put up or offer anything to be raffled, the property must be put up or offered in this state; the mere selling of chances here is not sufficient.

FROM the circuit court of Amite county.

HON. MOYSE H. WILKINSON, Judge.

Jenkins, appellant, was indicted, tried for, and convicted of violating Code 1906, § 1286, making it a crime to put up or offer any thing to be raffled, and appealed to the supreme court.

The statute is in these words: "If any person, in order to raise money for himself or another, shall publicly or privately put up or in any way offer any prize or thing to be raffled or played for, he shall, on conviction, be fined not more than twenty dollars, or be imprisoned not more than one month in the county jail."

It was shown by the testimony that chances were sold in this state; but it was not shown that the property, to wit, a horse and buggy, were ever offered to be raffled in Mississippi; on the contrary it was affirmatively shown that the drawing occurred in Louisiana.

*Stewart, Jackson & Gordon,* for appellant.

*George Butler,* assistant attorney-general, for appellee.

MAYES, J., delivered the opinion of the court.

The record does not show that the property raffled was ever put up or in any way offered within the state, and this is very frankly conceded to be the fact by the assistant attorney-general. The section of the Code under which this indictment is found being Code 1906, § 1286, it was necessary to show that the property raffled was put up or offered within the state, or there was no proof of any crime. This was expressly decided in the case of *Kirk v. State,* 69 Miss. 215, 10 South. 577.

*Reversed and remanded.*